1  NOSSAMAN LLP
   John T. Kennedy (CA137738)
2  jkennedy@nossaman.com
   Robert S. McWhorter (CA226186)
3  rmcwhorter@nossaman.com
   915 L Street, Suite 1000
4  Sacramento, CA 95814
   Telephone:  916.442.8888
5  Facsimile:  916.442.0382

6  Attorneys for Federal Deposit Insurance Corporation
   as Receiver for IndyMac Federal Bank, F.S.B.
7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12 | SHERITA HORTON | Case No: 2:09-CV-00818-GEB-GGH |
13 |                | |
   |   Plaintiff,   | |
14 |                | ASSIGNED FOR ALL PURPOSES TO: |
   |   vs.          | Hon. Garland E. Burrell, Jr. |
15 | INDYMAC FEDERAL BANK, FSB, and | **ORDER SUBSTITUTING PARTY** |
   | DOES, 1-100,   | **DEFENDANT AND STAYING CASE** |
16 |                | |
17 |   Defendants.  | Judge:      Honorable Garland E. Burrell, Jr. |
18 |                | Date filed: March 25, 2009 |
   |                | Trial date: Not Set |

---

FDIC_IndyMac_Horton-Order Re Substitution, Stay.doc                    Case No. 2:09-CV-00818-GEB-GGH

ORDER PERMITTING SUBSTITUTION OF PARTY DEFENDANT AND STAYING CASE

This matter came before this Court on the Stipulation Permitting Substitution of Party Defendant and Staying Case (the "Stipulation") between the Federal Deposit Insurance Corporation ("FDIC"), as Receiver of Defendant IndyMac Federal Bank, F.S.B., and Plaintiff, Sherita Horton ("Plaintiff").  This Court finding good cause exists enters this Order.

**IT IS HEREBY ORDERED THAT:**

1.     The FDIC, as receiver for IndyMac Federal Bank, F.S.B., is hereby substituted as Defendant in the place of IndyMac Federal Bank, F.S.B.

2.     This case is hereby stayed pending completion of the administrative claims process, proscribed by 12 U.S.C. § 1821(d)(3) - (d)(13).

3.     The terms of the Stipulation are hereby approved and adopted.

DATED:  June 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge