IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERITA HORTON,

      Plaintiff,                        CIV. NO. S- 09-0818 GEB GGH PS

    vs.

INDYMAC FEDERAL BANK, FSB,

      Defendant.                     ORDER

_____/

        Defendant's motion to dismiss and/or for summary judgment presently is calendared for hearing on July 22, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The July 22, 2010  hearing on the motion to dismiss and/or for summary judgment, filed May 27, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: July 19, 2010

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    U. S. MAGISTRATE JUDGE

GGH:076:Horton0818.vac1.wpd

1